1  **JESSE S. KAPLAN    CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **916/488-3030**
3  **916/489-9297 fax**

4

5  **Attorney for Plaintiff**
   **LEWIS CANE**

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                              -o0O0o-
11

12

13  LEWIS CANE,                              No.   2:16-CV-01699-KJN

14
              Plaintiff,
15
                                             STIPULATION AND ORDER
16                                           FOR EXTENSION OF
                                             TIME TO FILE PLAINTIFF'S
17       v.                                  MOTION FOR SUMMARY
                                             JUDGMENT
18  CAROLYN COLVIN, Acting
      Commissioner of Social Security,
19
              Defendant.
20  _____/

21
         IT IS HEREBY STIPULATED by and between the parties, through their respective
22
    undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission
23
    of the Court, that plaintiff's time to file a motion for summary judgment is extended to February
24
    10, 2017.
25

26       This is a first extension but after the due-date under the scheduling order.

27

28

                              [Pleading Title] - 1

Dated: January 25, 2017                                     /s/    *Jesse S. Kaplan*
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff


                                                            PHILLIP A. TALBERT
                                                            United States Attorney
                                                            DEBORAH LEE STACHEL
                                                            Regional Counsel, Region IX
                                                            Social Security Administration

Dated: January 25, 2017                                       */s/ per e-mail authorization*

                                                            JEFFREY CHEN
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 10, 2017.

IT IS SO ORDERED.

Dated: January 30, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE