1  PHILIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5       Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, CA  94105
7       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
8       Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

14 LEWIS S. CANE,                     )  Civil No. 2:16-cv-01699-KJN
                                      )
15      Plaintiff,                    )  **STIPULATION AND ~~PROPOSED~~ ORDER**
                                      )  **FOR A FIRST EXTENSION OF TIME**
16      v.                            )  **FOR DEFENDANT TO FILE HER MSJ**
                                      )
17 NANCY A. BERRYHILL,                )
18 Acting Commissioner of Social Security, )
                                      )
19      Defendant.                    )
20 _____)

21      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

23 file her MSJ.  Defendant respectfully requests this additional time because he has a very heavy

24 workload, and because of an upcoming family vacation to Taiwan that will result in an absence

25 from the office from Monday, February 27 through Friday, March 17, 2017.

26

27

28 Stip. to Extend Def.'s MSJ

                                          1

The new due date for Defendant's MSJ will be Wednesday, April 12, 2017.

Respectfully submitted,

Date: *February 27, 2017*        LAW OFFICES OF JESSE S. KAPLAN

                         By:   */s/ Jesse Kaplan\**
                               JESSE KAPLAN
                               * *By email authorization on Feb. 27, 2017*
                               Attorney for Plaintiff

Date: *February 27, 2017*        PHILIP A. TALBERT
                                 United States Attorney

                         By:   */s/ Jeffrey Chen*
                               JEFFREY CHEN
                               Special Assistant United States Attorney
                               Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 2, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE