BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LEWIS S. CANE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01699-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a one-week extension of time to April 19, 2017 to respond to Plaintiff's opening brief. Defendant's counsel was recently reassigned this case, and requests this additional time to familiarize herself with the record and draft the Commissioner's responsive brief.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 12, 2017 　　　　　　　　*/s/ Jesse S. Kaplan by Chantal R. Jenkins*\*
　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　As authorized *via* email by Jesse S. Kaplan
　　　　　　　　　　　　　　　　　　on April 12, 2017
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: April 12, 2017 　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　Social Security Administration


　　　　　　　　　　　　　　　By:　*/s/ Chantal R. Jenkins*
　　　　　　　　　　　　　　　　　　CHANTAL R. JENKINS
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney


## ORDER

APPROVED AND SO ORDERED:

Dated: April 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE