**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**LEWIS CANE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| LEWIS CANE, | No.   2:16-CV-01699-KJN |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended from May 10 to May 15, 2017.

/////

[Pleading Title] - 1

Dated:  May 9, 2017                    /s/    *Jesse S. Kaplan*
                                       JESSE S. KAPLAN
                                       Attorney for Plaintiff


                                       PHILLIP A. TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Counsel, Region IX
                                       Social Security Administration


Dated:  May 9, 2017                      */s/ per e-mail authorization*
                                       CHANTAL JENKINS
                                       Special Assistant U.S. Attorney
                                       Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to May 15, 2017.

SO ORDERED.

Dated:  05/12/17

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE